No. 518. McGoldrick, Comptroller, et al. *v.* Carter & Weekes Stevedoring Co. November 19, 1945. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Isaac C. Donner* and *Harry Katz* for petitioners. *Messrs. Roger S. Baldwin* and *Samuel M. Lane* for respondent.

No. 519. McGoldrick, Comptroller, et al. *v.* John T. Clark & Son. November 19, 1945. Petition for writ of certiorari to the Supreme Court of New York granted. *Messrs. Isaac C. Donner* and *Harry Katz* for petitioners. *Messrs. Roger S. Baldwin* and *Samuel M. Lane* for respondent.

No. 540. Angel *v.* Bullington. December 3, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. George Lyle Jones* for petitioner. *Messrs. John L. Walker* and *R. Roy Rush* for respondent.

No. 550. Lavender, Administrator, *v.* Kurn et al., Trustees, et al. December 3, 1945. Petition for writ of certiorari to the Supreme Court of Missouri granted. *Messrs. N. Murry Edwards, James A. Waechter* and *Douglas H. Jones* for petitioner. *Messrs. Maurice G. Roberts* and *Cornelius H. Skinker, Jr.* for J. M. Kurn et al., and *Messrs. Wm. R. Gentry, C. A. Helsell* and *John W. Freels* for the Illinois Central Railroad Co., respondents.

No. 381. Ashcraft et al. *v.* Tennessee. December 3, 1945. Petition for writ of certiorari to the Supreme Court of Tennessee granted. *Messrs. James F. Bickers*

and *Grover N. McCormick* for petitioners. *Roy H. Beeler,* Attorney General of Tennessee, and *Nat Tipton,* Assistant Attorney General, for respondent.

No. 510. KNAUER *v.* UNITED STATES. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Ode L. Rankin* for petitioner. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Beatrice Rosenberg* for the United States.

No. 528. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* WELCH;
No. 529. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* BURNS ET AL.;
No. 530. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* LOLLIS ET AL.;
No. 531. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* BRADSHAW ET AL.;
No. 532. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* RUST ET AL.; and
No. 533. UNITED STATES EX REL. TENNESSEE VALLEY AUTHORITY *v.* HYATT ET AL. December 10, 1945. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General McGrath* for petitioner. *Messrs. McKinley Edwards, G. L. Jones* and *George H. Ward* for respondent. Reported below: 150 F. 2d 613.

No. 572. GIROUARD *v.* UNITED STATES. December 10, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit granted. *Messrs. Homer Cummings* and *David J. Coddaire* for petitioner. *Solicitor General McGrath, Mr. Robert S. Erdahl* and *Miss Bea-*